IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACK PHIPPS**                                                                           **PLAINTIFF**

**v.**                            **4:22-CV-00333-KGB-ERE**

**KILOLO KIJAKAZI, Acting Commissioner,**
Social Security Administration                                **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 11)* is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 1st day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE