# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JACK PHIPPS**                                                                                           **PLAINTIFF**

**v.**                              **4:22-CV-00333-KGB-ERE**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 1st day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE